```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


GARY R. ROSS and MARY S.      )
ROSS,                         )
                              )
     Plaintiffs,              )
                              )         CIVIL ACTION NO.
     v.                       )          2:16cv726-MHT
                              )              (WO)
SYLVESTER RUCKER and          )
EUFAULA PULPWOOD COMPANY      )
INC.,                         )
                              )
     Defendants.              )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 21), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with costs taxed as paid, because the parties have reached a full, final, and binding compromised settlement of all claims and disputes between them in this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of December, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE